UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

DATE: May 28, 2025
JUDGE: Pamela Pepper
CASE NO: 2023-cv-1540
CASE NAME: Tiger Center for Applied Behavior Analysis Services, LLC, *et al.* v. Marquette University
NATURE OF HEARING: Motion to dismiss amended complaint
APPEARANCES: Douglas Rose – Attorney for the plaintiffs
Kaitlynn Ebben – Attorney for the plaintiffs
Jennifer Baumann – Attorney for the plaintiffs
Anthony Anzelmo – Attorney for the defendant
Michael Raupp – Attorney for the defendant
COURTROOM DEPUTY: Kristine Wrobel
TIME: 10:02 a.m. – 11:20 a.m.

## AUDIO OF THIS HEARING AT DKT. NO. 25

The court apologized to the parties for the time it had taken to address the motion. The court explained that it was prepared to issue an oral ruling on the defendants' motion to dismiss the amended complaint and that it did not believe it need oral arguments from the parties given the extensive briefing on the motion. The court explained that it would post the recording of the ruling on the docket, and that it would explain at the end of the ruling how the parties could obtain a thumb drive or a transcript. After ascertaining that the parties had no objection to this procedure, the court issued a detailed oral ruling, granting in part and denying in part the defendant's motion to dismiss the amended complaint and explaining its reasoning for doing so.

At the end of the ruling, the court advised the parties that it would put the recording of the ruling on the docket, and they could listen to it from their own computers. It explained that if they wanted the recording on a thumb drive, they could contact the clerk's office and make that request. If the parties wanted a transcript of the hearing and oral ruling, they could find a transcript order form on the court's website.

For reasons stated in detail on the record, the court **GRANTS IN PART AND DENIES IN PART** the defendants' motion to dismiss the amended complaint. Dkt. No. 17.

The court **GRANTS** the defendant's motion to dismiss The Tiger Center's first cause of action and Dr. Tiger's first and second causes of action.

1

The court **DENIES** the defendant's motion to dismiss The Tiger Center's second cause of action (alleging tortious interference with The Tiger Center's employee contracts).

The court **ORDERS** that by the end of the day on June 20, 2025, the defendant must file an answer to the remaining claim.

The court **ORDERS** that by the end of the day on July 11, 2025, the parties must file a joint Rule 26(f) report.

Dated in Milwaukee, Wisconsin this 28th day of May, 2025.

    **BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**