# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TIGER CENTER FOR APPLIED BEHAVIOR ANALYSIS SERVICES, LCC, and JEFFREY TIGER, <br><br> Plaintiffs, <br><br> v. <br><br> MARQUETTE UNIVERSITY, <br><br> Defendant. | Case No.: 2:23CV01540 <br><br> Honorable Pamela Pepper <br> Magistrate Judge Duffin |

## STIPULATION TO EXTENSION OF TIME TO FILE ANSWER AND RULE 26(F) MATERIALS

It is hereby stipulated and agreed by and between the Plaintiffs, by their attorneys, THE ROSE GROUP, S.C., by Douglas Rose, and the Defendant by its attorneys, HUSCH BLACKWELL LLP by Michael Raupp, that Defendant shall receive an additional 30 days to answer Plaintiff's Amended Complaint, with a new deadline of July 20, 2025. Additionally, the parties stipulate to receiving 30 additional days to file their Rule 26(f) materials, with a new deadline of August 10, 2025.

Dated this 17th day of June, 2025

| Attorney for Plaintiffs | Attorney for Defendant |
|---|---|
| s/*Douglas Rose* | s/ *Michael Raupp* |
| THE ROSE GROUP S.C. <br> Douglas Rose <br> 1134 N 9th St. Suite 220 <br> Milwaukee, WI 53233 <br> (414) 274-1400 (tel) <br> (414) 274-1401 (fax) <br> dwr@rosegrouplaw.com | HUSCH BLACKWELL LLP <br> Michael Raupp <br> 4801 Main Street, Suite 1000 <br> Kansas City, Missouri 64112 <br> (816) 983-8000 (tel.) <br> (816) 983-8080 (fax) <br> Michael.Raupp@huschblackwell.com |